

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JAVIER URIAS, | § | No. 08-12-00090-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE STATE OF TEXAS, State. | § | of El Paso County, Texas |
| | § | (TC# 20090D03338) |
| | § | |

# **O R D E R**

The Court GRANTS the State's Motion to Forward Original Exhibits to the Court of Appeals.

Therefore, the Court ORDERS the Official Court Reporter for the 243rd District Court of El Paso County, Texas, to prepare a supplemental reporter's record with State's Exhibit No. 1 (CD) and State's Exhibit No. 3 (DVD). The supplemental reporter's record is due with this Court on or before April 23, 2013. The Clerk of this Court will return the exhibit to the Official Court Reporter for the 243rd District Court in El Paso County, Texas after final disposition of this appeal.

IT IS SO ORDERED this 3rd day of April, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.